# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

CHANGE OF PLEA IN **USA v. Avery Wiggins**

CRIMINAL NO. **4:18-cr-260** AT **Savannah**

\***\***\***\***\***\***\***\***\***\***\***\***\***\***\***\***\***\***\***\***\***\***\***\***\***\***\***\*

WITH CONSENT OF THE COURT, THE

DEFENDANT **Avery Wiggins**, HAVING

PREVIOUSLY ENTERED A PLEA OF **Not Guilty**,

HEREBY WITHDRAWS THAT PLEA AND ENTERS A PLEA

OF **Guilty** TO **Count One, Lesser Included Offense**

IN THE INDICTMENT.

THIS **18** DAY OF **December**, 2018.

NOLLE PROSSE AS

TO COUNT(S) _____

_____
Avery Wiggins   DEFENDANT

_____
COUNSEL FOR DEFENDANT
Laura Hastay