# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) |
|---|---|
| | ) |
| v. | ) |
| | ) CASE NO. 4:18-CR-260 |
| AVERY WIGGINS | ) |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

This matter is before the Court on the Motion for Leave of Absence by Laura Hastay, counsel for Defendant Avery Wiggins for the dates of July 8 through July 23, 2019. After careful consideration, said Motion is hereby granted.

SO ORDERED this 7th day of March, 2019.

Hon. Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia
Savannah Division