IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>AVERY WIGGINS,<br><br>    Defendant. | CASE NO.: 4:18-cr-260 |

**O R D E R**

This matter is before the Court on Defendant's Motion requesting early termination of supervised release, (doc. 1607).   The United States responded to Defendant's motion and opposes early termination of supervised release in this case.  (Doc. 1610.)   The Court agrees that, while Defendant has been compliant and successful during supervision thus far, early termination of supervised release is inappropriate at this time.   Thus, after careful consideration of Defendant's motion, the Court **DENIES** Defendant's request for early termination of supervised release

**SO ORDERED**, this 23rd day of June, 2025.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA